**FILED**

February 27, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
                    NM
                        DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **DALILA AGIZA ESTATE TRUST,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. SA-25-CV-740-OLG** |
| | § | |
| **GUILD MORTGAGE COMPANY,** | § | |
| **LLC** *et al.,* | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

The Court has considered United States Magistrate Judge Richard B. Farrer's Report and Recommendation (the "Report") (Dkt. No. 51), filed on January 27, 2026, concerning Plaintiff Dalila Agiza Estate Trust's Demand for Remand and Challenge to Federal Removal (the "Motion to Remand") (Dkt. No. 17). Plaintiff filed objections (the "Objections") (Dkt. No. 52) to the Report.

When a party objects to a magistrate judge's report and recommendation, the district court must conduct a de novo review as to those portions of the report and recommendation to which an objection is made. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); *United States v. Wilson,* 864 F.2d 1219, 1221 (5th Cir. 1989). Frivolous, conclusory, or general objections need not be considered by the district court. *See Battle v. U.S. Parole Comm'n,* 834 F.2d 419, 421 (5th Cir. 1987). Any portions of the magistrate judge's finding or recommendation that were not objected to are reviewed for clear error. *Wilson,* 864 F.2d at 1221.

The Court has conducted a de novo review of those portions of the Report subject to the Objections and is of the opinion that the Report is correct, and that the Objections are without merit as to Judge Farrer's ultimate findings. Accordingly, the Objections (Dkt. No. 52) are

**OVERRULED**, the Report (Dkt. No. 51) is **ACCEPTED** and, for the reasons set forth therein,

the Motion to Remand (Dkt. No. 17) is **DENIED**.

    **IT IS SO ORDERED**.

    **SIGNED** on February _____, 2026.

ORLANDO L. GARCIA
United States District Judge

2